JOSEPH WM. KRUCHEK – 010332
KELLEY E. BRADEN – 027167
KUTAK ROCK LLP
Suite 300
8601 North Scottsdale Road
Scottsdale, AZ 85253-2742
Telephone: (480) 429-5000
Facsimile: (480) 429-5001
joe.kruchek@kutakrock.com
kelley.braden@kutakrock.com

*Attorneys for Key Equipment Finance, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>ARIZONA ENVIRONMENTAL RECYCLING, L.L.C.<br><br>and<br><br>N-ROUTE, LLC,<br><br>Debtors. | No. 2:09-bk-04665-RJH<br><br>Chapter 11<br><br>Jointly administered with Case No. 09-bk-04668<br><br>**OBJECTIONS TO AMENDED JOINT DISCLOSURE STATEMENT AND SUMMARY OF PLAN OF REORGANIZATION** |

Key Equipment Finance, Inc. ("**KEFI**") objects to the "Amended Joint Disclosure Statement and Summary of Plan of Reorganization" (the "**Amended Disclosure Statement**") (Docket No. 149).[1] The Amended Disclosure Statement fails to provide for, classify and treat KEFI's claim. KEFI and the Debtor entered into and the Court signed and entered on February 18, 2010 a "Stipulated Order for Adequate Protection, Stay Relief, Plan Treatment and Other Related Matters regarding Four (4) Peterbilt Tractors" (the "**Stipulated Order**") (Docket No. 135). The Stipulated Order governs, among other things, the treatment of KEFI's claim for purposes of any plan of reorganization and is required to be incorporated into any plan of reorganization. By failing to

---

[1] KEFI files this objection out of an abundance of caution. KEFI's counsel and Debtor's counsel have exchange e-mails about the deficiency in the Amended Disclosure Statement as set forth in KEFI's objection. Debtor's counsel has stated in his e-mail that the Amended Disclosure Statement will be corrected.

4837-3031-2197.1

disclose the Stipulated Order, classify KEFI's claim and provide for treatment of KEFI's claim in accordance with the Stipulated Order the Amended Disclosure Statement fails to provide adequate information as required by 11 U.S.C. § 1125. Accordingly, KEFI requests that the Court deny approval of the Amended Disclosure Statement, or, in the alternative order that the Debtor further amend the Amended Disclosure Statement to disclose, classify and provide for treatment of KEFI's claim in accordance with the Stipulated Order.

RESPECTFULLY SUMITTED this 22nd day of March, 2010.

KUTAK ROCK LLP

By _____
Joseph Wm. Kruchek
Suite 300
8601 North Scottsdale Road
Scottsdale, AZ 85253-2742

*Attorneys for Key Equipment Finance, Inc.*

Original filed electronically this 22nd
day of March, 2010, with:

Clerk of the United States Bankruptcy
For the District of Arizona

and copies mailed this 22nd day of
March, 2010, to:

Dean William O'Connor, Esq.
SALLQUIST, DRUMMOND & O'CONNOR, P.C.
1430 E. Missouri Avenue #B-125
Phoenix, AZ 85014
Attorneys for Debtor

Renee Sandler Shamblin, Esq.
U.S. Trustee
OFFICE OF THE U.S. TRUSTEE
230 N. First Avenue, #20 Phoenix, Arizona
85003-1706

_____